# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

WENDELL GORUM, Ph.D.,
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ALLEN L. SESSOMS, Ph.D.,
Individually and as President of
Delaware State University,
        Defendant.

CASE NUMBER:   06-565

TO: (Name and address of Defendant)

Allen L. Sessoms, Ph.D.
1200 DuPont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gilbert F. Shelsby, Jr., Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE   SEP 1 2 2006

﹩AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 9-14-06 |
| NAME OF SERVER (PRINT) David P. Saunders | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Iskeisha Stucket - Presidents Secretary - Per law office 1045 HRS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Process Service | TOTAL $31.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-14-06
　　　　　　　　Date　　　　　　　Signature of Server

PO Box 12832
Wilmington, DE 19850-2832
　　　*Address of Server*

MARK C TRIMBLE
NOTARY PUBLIC, STATE OF DELAWARE
MY COMMISSION EXPIRES SEPT 20TH 2010



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.