IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-565 |
| v. | ) |
| | ) |
| ALLEN L. SESSOMS, Ph.D., | ) |
| Individually and as President of | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert L. Duston to represent Defendant Allen L. Sessoms in this matter.

In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this motion.

Dated: October 19, 2006

Signed: /s/ Kimberly Large
Kimberly M. Large (Delaware Bar No. 4422)
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
(302) 421-6826
(302) 421-5883 Fax

Attorneys for Defendant Allen Sessoms

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: October 17, 2006         Signed: _____
                               Robert L. Duston
                               Saul Ewing LLC
                               2600 Virginia Avenue, N.W., Suite 1000
                               Washington, DC 20037
                               (202) 333-8800
                               (202) 337-6065 (FAX)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-565 |
| v. | ) |
| | ) |
| ALLEN L. SESSOMS, Ph.D., | ) |
| Individually and as President of | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Robert L. Duston is granted.

Date: _____, 2006

_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, Kimberly M. Large, hereby certify that on October 20, 2006, I electronically filed a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice of Robert L. Duston with the Clerk of Court using CM/ECF, which will send notification of such filing. A copy of the document was served on the following attorneys of record in the manner indicated:

**VIA FIRST CLASS MAIL**

Gilbert F. Shelsby, Jr., Esq.
Michael J. Logullo, Esq.
221 Main Street
Stanton, DE 19804
*Counsel for Plaintiff*

Kimberly M. Large (No. 4422)

926296.1