IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLEN L. SESSOMS, Ph.D., )<br>Individually and as President of )<br>DELAWARE STATE UNIVERSITY, )<br>)<br>Defendant. ) | Civil Action No. 06-565-GMS |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Kimberly L. Gattuso, Esquire as attorney for Defendant, Allen L. Sessoms.

SAUL EWING LLP

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (No. 3733)
222 Delaware Avenue, 12th Floor
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
Attorneys for Defendant,
Allen L. Sessoms

Dated: November 20, 2006

542580.1 11/20/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-565-GMS |
| v. ) | |
| ) | |
| ALLEN L. SESSOMS, Ph.D., ) | |
| Individually and as President of ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on this 20th day of November, 2006, I electronically filed a true and correct copy of the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorneys of record in the manner indicated:

**VIA FIRST CLASS MAIL**
Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

*/s/ Kimberly L. Gattuso*
Kimberly L. Gattuso (No. 3733)
222 Delaware Avenue, 12th Floor
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
Attorneys for Defendant,
Allen L. Sessoms

Dated: November 20, 2006