IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-565-GMS |
| v. ) | |
| ) | |
| ALLEN L. SESSOMS, Ph.D., ) | |
| Individually and as President of ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Kimberly Large, Esquire, hereby certify that on the 20th day of February, 2007, copies of the foregoing Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Set of Requests for Production of Documents and Things to Plaintiff were served on the following counsel of record in the manner indicated:

**VIA FIRST CLASS MAIL**

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

And

**VIA FIRST CLASS MAIL**

Gregg L. Zeff (pro hac vice)
Michael Ksiazek
Frost & Zeff PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA 19106-1422

SAUL EWING LLP

_/s/ Kimberly Large_
Kimberly M. Large (No. 4422)
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-5883 fax
klarge@saul.com
Attorney for Dr. Sessoms

## CERTIFICATE OF SERVICE

Kimberly Large, an attorney, hereby certifies that on this 20th of February, 2007, she caused true and correct copies of the foregoing NOTICE OF SERVICE to be served on the following counsel of record in the manner indicated:

### VIA FIRST CLASS MAIL

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

And

### VIA FIRST CLASS MAIL

Gregg L. Zeff (pro hac vice)
Michael Ksiazek
Frost & Zeff PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA 19106-1422

SAUL EWING LLP

Kimberly M. Large (No. 4422)
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-5883 fax
klarge@saul.com
Attorney for Dr. Sessoms