IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLEN L. SESSOMS, Ph.D., )<br>Individually and as President of )<br>DELAWARE STATE UNIVERSITY, )<br>)<br>Defendant. ) | Civil Action No. 06-565-GMS |

## STIPULATION AND ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT

The parties hereto, Wendell Gorum, Ph.D. ("Plaintiff") and Allen L. Sessoms, Ph.D., President of Delaware State University ("President Sessoms" or "Defendant," and collectively with the Board of Trustees of Delaware State University, "Defendants"), by and through their undersigned counsel, and subject to the approval of the Court, hereby memorialize their agreement reached during the January 3, 2007 status conference before this Court (the "Status Conference"):

1. Plaintiff stipulated and agreed that the Delaware State University ("DSU") and the legal entity that operates DSU, the Board of Trustees of DSU (the "Board"), are agencies or instrumentalities of the State of Delaware that are protected by sovereign immunity under the 11th Amendment to the U.S. Constitution, and this immunity extends to all actions for damages against President Sessoms in his official capacity.

2. As raised by President Sessoms and agreed upon by Plaintiff at the Status Conference, certain allegations of the Complaint were drafted as if Defendant Sessoms were an agent or employee of a local governmental entity, and these allegations are no longer appropriate given Plaintiff's stipulation that DSU is a state actor. Accordingly, Plaintiff agreed at the Status

Conference that he must file an Amended Complaint, which he would first review with counsel for Defendant. The Court indicated that such an Amendment would be permitted in order to avoid further preliminary motions.

3. Notwithstanding the established deadline of February 20, 2007 in the Scheduling Order of January 25, 2007, President Sessoms does not oppose Plaintiff's motion to amend his Complaint in the form attached hereto as Exhibit A, the contents of which have been reviewed and approved as to form by Defendants' counsel (the "Amended Complaint").

4. In his Answer and during the Status Conference, President Sessoms raised the defense that even in his official capacity he would not be the proper party as to some forms of prospective injunctive relief. Rather, the proper parties for most forms of prospective injunctive relief are the members of the Board of Trustees of DSU, who can be sued individually in their official capacities for prospective injunctive relief. Based on direction from Judge Sleet, and for purposes of ease of administration of this suit only, the Board agrees as follows:

a) to the extent that Plaintiff continues to seek any form of prospective injunctive relief, the Board as a corporate entity may be named as a party, and

b) the Board will accept service of process through its undersigned counsel, in lieu of Plaintiff naming and serving each and every current member of the Board in his/her official capacity.

Defendant and the Board agree to this amendment in order to minimize judicial involvement at this stage of the litigation and to avoid any procedural complications of including the members of the Board. It is understood by the parties and the Court that such a stipulation is not a waiver by the Board of its rights and privileges under the 11th Amendment, is not precedential, and that for all purposes the claim against the Board will be for prospective injunctive relief alone and

will be analyzed as if it were being brought against the individual Board members in their official capacities.

5. Finally, this Stipulation is without prejudice to each and every defense of President Sessoms and DSU, and the Defendants specifically disclaim any concession not made explicit herein.

| | |
|---|---|
| SAUL EWING LLP | SHELSBY & LEONI |
| *signature* | *signature* |
| Kimberly L. Gattuso (No. 3733) | Gilbert Shelsby (No. 2833)  gshelsby@msllde.com |
| Kimberly M. Large (No. 4422) | Michael J. Logullo (No. 3851) mlogullo@msllde.com |
| 222 Delaware Avenue | 221 Main Street |
| P.O. Box 1266 | Stanton, DE 19804 |
| Wilmington, DE 19899 | |
| (302) 421-6800 | And |
| kgattuso@saul.com | |
| klarge@saul.com | Gregg L. Zeff (pro hac vice) |
| | Michael Ksiazek |
| And | Frost & Zeff PC |
| | 7 North Columbus Blvd. Suite 2 |
| Robert L. Duston (Admitted Pro Hac Vice) | Philadelphia, PA 19106-1422 |
| 2600 Virginia Ave., NW | Attorneys for Plaintiff |
| Suite 1000 | |
| Washington, DC 20037 | |
| Attorneys for Defendants | |
| DATED:    March 16, 2007 | |

SO ORDERED THIS ____ DAY OF _____, 2007.

_____
U.S. District Judge Sleet