IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-565-GMS |
| v. ) | |
| ) | |
| ALLEN L. SESSOMS, Ph.D., ) | |
| ) | |
| and ) | |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION OF WENDELL GORUM**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, Defendants, through their undersigned counsel, will take the deposition upon oral examination of Plaintiff Wendell Gorum, Ph.D. on May 22, 2007, at 10:00 a.m. at the law offices of Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, Delaware 19899.

The deposition will be recorded by stenographic means. The deposition shall continue from day to day until completed.

Dated: April 2, 2007

_____
Kimberly M. Large (Delaware Bar No. 4422)
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19899
(302) 421-6826
(302) 421-5883 Fax
klarge@saul.com

546431.1 3/30/07

Robert L. Duston
(Admitted Pro Hac Vice)
Saul Ewing LLP
2600 Virginia Ave., NW
Suite 1000
Washington, DC 20037
rduston@saul.com

Attorneys for Defendants Allen Sessoms and the
Board of Trustees of Delaware State University

## CERTIFICATE OF SERVICE

I, Kimberly M. Large, Esquire, hereby certify that on this 2nd day of April, 2007, a copy of the foregoing NOTICE OF DEPOSITION OF WENDELL GORUM was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following attorneys of record in the manner indicated:

**VIA FIRST CLASS MAIL**

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**VIA FEDERAL EXPRESS**

Gregg L. Zeff (pro hac)
Michael Ksiazek
Frost & Zeff
Pier 5 at Penn's Landing
7 North Columbus Boulevard
Philadelphia, PA 19106

Kimberly M. Large
D.E. ID NO. 4422