## NOTICE OF SERVICE

I, Kimberly Large, Esquire, hereby certify that on the 11th day of April, 2007, copies of the foregoing Defendant's First Requests for Admission to Plaintiff were served on the following counsel of record in the manner indicated:

**VIA FIRST CLASS MAIL**

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

And

**VIA FIRST CLASS MAIL**

Gregg L. Zeff (pro hac vice)
Michael Ksiazek
Frost & Zeff PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA 19106-1422

SAUL EWING LLP

Kimberly M. Large (No. 4422)
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-5883 fax
klarge@saul.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

Kimberly Large, an attorney, hereby certifies that on this 11th day of April, 2007, she caused true and correct copies of the foregoing NOTICE OF SERVICE to be served on the following counsel of record in the manner indicated:

### VIA FIRST CLASS MAIL

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

And

### VIA FIRST CLASS MAIL

Gregg L. Zeff (pro hac vice)
Michael Ksiazek
Frost & Zeff PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA  19106-1422


SAUL EWING LLP


/s/ Kimberly M. Large
Kimberly M. Large (No. 4422)
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-5883 fax
klarge@saul.com
Attorney for Defendants