IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WENDELL GORUM, Ph.D., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-565 (GMS) |
| v. | : | |
| ALLEN L. SESSOMS, Ph.D., | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION OF CLAY SMITH

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of **Delaware State University Board Designee Clay Smith,** which has been scheduled to take place on **June 6, 2007, at 9:00 a.m.** before a Notary Public or other person authorized to administer oaths, to be held at **the offices of Shelsby & Leoni, 221 Main Street, Stanton, DE 19804** at which time and place you are requested to be present. This deposition will continue from day to day until adjourned.

/s/ Michael J. Logullo
Michael J. Logullo, Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804
(302) 995-6210
Mlogullo@mslde.com


GREGG L. ZEFF, ESQUIRE
(Admitted pro hac vice)
Frost & Zeff
Pier 5 at Penn's Landing, 2nd Floor
Philadelphia, PA 19106
215-351-3333
gzeff@frostzeff.com
Attorneys for Plaintiff

Dated: April 23, 2007