IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WENDELL GORUM, Ph.D., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 06-565 (GMS) |
| vi. | : | |
| ALLEN L. SESSOMS, Ph.D., | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** on this 24 day of April 2007, two copies of the foregoing Notice of deposition of Allen L. Sessoms was electronically filed with the cleark of the court using the CM/ECF system which will send notification of such filing and via first class mail to the following:

Kimberly M. Large, Esquire
SAUL EWING LLP
222 Delaware Avenue, 12th Floor
P.O. Box 1266
Wilmington, DE  19899

Robert L. Duston, Esquire
SAUL EWING LLP
2600 Virginia Avenue, NW
Suite 1000
Washington, DC 20037

*SHELSBY & LEONI*

/s/ Michael J. Logullo
MICHAEL J. LOGULLO, I.D. #3851
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Plaintiff