IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | CIVIL ACTION |
| Plaintiff, | NO. 06-565 (GMS) |
| v. | |
| ALLEN L. SESSOMS, Ph.D., | |
| Defendant. | JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**

1. Admitted

2. Denied

3. Admitted in part, denied in part. It is admitted that Dr. Gorum was represented by counsel of his choice, afforded the right to call and present witnesses and evidence, and afforded the right to cross-examine witnesses called by DSU. However, it is denied that Dr. Gorum was afforded the right to present all relevant evidence and conduct any discovery.

4. Denied.

5. Denied. The Committee's Report speaks for itself.

6. Denied.

7. Denied. The Committee's Report speaks for itself.

8. Denied.

9. Denied. The Committee's Report speaks for itself.

10. Denied. The Committee's Report speaks for itself.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

/s/ Michael J. Logullo
Michael J. Logullo, Esquire
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804
(302) 995-6210
Mlogullo@mslde.com


GREGG L. ZEFF, ESQUIRE
(Admitted pro hac vice)
Frost & Zeff
Pier 5 at Penn's Landing, 2nd Floor
Philadelphia, PA 19106
215-351-3333
gzeff@frostzeff.com
Attorneys for Plaintiff

Dated: May 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | CIVIL ACTION |
| Plaintiff, | NO. 06-565 (GMS) |
| v. | |
| ALLEN L. SESSOMS, Ph.D., | |
| Defendant. | JURY TRIAL DEMANDED |

CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** on this 1st day of May 2007, two copies of the foregoing Plaintiffs response to defendants' first set of requests for admissions was electronically filed with the clerk of the court using the CM/ECF system which will send notification of such filing and via first class mail to the following:

Kimberly M. Large, Esquire
SAUL EWING LLP
222 Delaware Avenue, 12th Floor
P.O. Box 1266
Wilmington, DE 19899

Robert L. Duston, Esquire
SAUL EWING LLP
2600 Virginia Avenue, NW
Suite 1000
Washington, DC 20037

*SHELSBY & LEONI*

/s/ Michael J. Logullo
MICHAEL J. LOGULLO, I.D. #3851
221 Main Street
Stanton, Delaware 19804
(302) 995-6210
Attorney for Plaintiff