IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-565-GMS |
| v. ) | |
| ) | |
| ALLEN L. SESSOMS, Ph.D., ) | |
| ) | |
| and ) | |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I, Kimberly M. Large, Esquire, hereby certify that on this 16th day of May, 2007, copies of **SUPPLEMENTAL RESPONSES OF DEFENDANTS TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** were served on the following parties in the manner indicated:

**VIA FIRST CLASS MAIL**

Gilbert Shelsby
Michael J. Logullo
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

**VIA FIRST CLASS MAIL**

Gregg L. Zeff
Michael Ksiazek
Frost & Zeff PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA 19106-1422

SAUL EWING LLP

_/s/ Kimberly Large_
Kimberly M. Large, Esquire (No. 4422)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800
klarge@saul.com

547852.1 5/16/07

## CERTIFICATE OF SERVICE

I, Kimberly M. Large, Esquire hereby certify that on May 16, 2007, I served a copy of the Notice of Service in the manner indicated:

**VIA FIRST CLASS MAIL**

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE  19804

And

**VIA FIRST CLASS MAIL**

Gregg L. Zeff (pro hac vice)
Michael Ksiazek
Frost & Zeff PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA  19106-1422

SAUL EWING LLP

/s/ Kimberly M. Large
Kimberly M. Large Esquire (No. 4422)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800
klarge@saul.com

547852.1 5/16/07