IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | CIVIL ACTION |
| Plaintiff, | NO. 06-565 (GMS) |
| v. | |
| ALLEN L. SESSOMS, Ph.D., | |
| Defendant. | JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Response to Defendant's First Set of Interrogatories, was forwarded to the below-listed counsel on the 22nd day of May, 2007 via fax and first class mail:

Robert L. Duston, Esquire
Saul Ewing, LLP
2600 Virginia Avenue, NW
The Watergate, Suite 1000
Washington, DC 20037

**SHELSBY & LEONI**

/s/ Michael J. Logullo
MICHAEL J. LOGULLO, ESQUIRE
Mlogullo@mslde.com
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiff*