## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WENDELL GORUM, Ph.D.,          )
                               )
              Plaintiff,       )
                               )        Civil Action No. 06-565-GMS
       v.                      )
                               )
ALLEN L. SESSOMS, Ph.D.,       )
       And                     )
                               )
BOARD OF TRUSTEES OF           )
DELAWARE STATE UNIVERSITY,     )
                               )
              Defendants.      )

## STIPULATED AMENDED
## SCHEDULING ORDER

WHEREAS, the Court entered a scheduling order on January 25, 2007 ("Scheduling Order") after conducting a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) setting forth the various deadlines in this action as proposed in the proposed order (D.I. 11); and

WHEREAS, plaintiff Wendell Gorum and defendants the Board of Trustees of Delaware State University and Allen L. Sessoms (collectively, the "Parties") although actively engaged in moving this action forward have found that the deadlines set forth in the Scheduling Order are unworkable due to (i) scheduling conflicts due in part to the anticipated summer break at Delaware State University, (ii) the enlargement in plaintiff's interrogatory responses of the list of persons with knowledge from 6 to over 50 persons, (iii) the newly-clarified damages allegation necessitating the need to hire expert witnesses, and (iv) the complications arising from the

Family Educational Rights and Privacy Act's impact on the drafting a mutually agreeable protective order for the exchange of documents in this action; and

WHEREFORE, the Parties now wish to seek the Court's permission to extend all deadlines in this action in order to more effectively and efficiently prepare their cases.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and among the Parties to this action, through their respective counsel, that the current schedule in this Action, as set forth in the Scheduling Order, is extended by an approximate four (4) months, more particularly as follows:

1.  **Fact Discovery:**  All fact discovery shall be completed by November 2, 2007.

2.  **Expert Discovery:**  Each party shall notify the other of the identity and qualification of any intended expert by November 2, 2007.

> (a)  Initial expert reports shall be served by December 3, 2007
>
> (b)  Responsive expert shall reports shall be served by January 3, 2008
>
> (c)  All expert discovery including depositions of experts shall be completed by February 4, 2008

3.  **Case Dispositive Motions:**  All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be filed and served on or before November 16, 2007.

4.  **Pretrial Order:**  The parties shall file with the court the Joint Proposed Final Pretrial Order by March 26, 2008.

5.  **Pretrial Conference:**  On _____ ___, 2008, at ___:___ __.m., the Court will hold a pretrial conference with counsel in chambers.

6.    **Trial:** This matter is scheduled for a seven (7) day jury trial beginning at __:__ __.m. on _____, ___, 2008.

All other aspects of the Scheduling Order shall remain unchanged.

June 7, 2007

OF COUNSEL

Gregg L. Zeff
Michael Ksiazek
FROST & ZEFF PC
7 North Columbus Blvd. Suite 2
Philadelphia, PA  19106-1422

_/s/ Michael J. Logullo_____
Gilbert Shelsby (No. 2833)
gshelsby@mslde.com
Michael J. Logullo (No. 3851)
mlogullo@mslde.com
SHELSBY & LEONI
221 Main Street
Stanton, DE  19804
(302) 995-6210
(302) 995-6121 (fax)

*Attorneys for Plaintiff Wendell Gorum, Ph.D.*

June 7, 2007

OF COUNSEL

Robert L. Duston
Saul Ewing LLP
2600 Virginia Ave., NW
Suite 1000
Washington, DC  20037

_/s/ Michael R. Robinson_____
Kimberly L. Gattuso (No. 3733)
kgattuso@saul.com
Michael R. Robinson (No. 4452)
mrobinson@saul.com
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE   19899
(302) 421-6800
(302) 421-5883 (fax)

*Attorneys for Defendants Allen Sessoms and Board of Trustees of Delaware State University*

## <u>ORDER</u>

Based on the foregoing stipulation, and good cause appearing therefore, IT IS SO ORDERED this _____ day of June, 2007.

_____
U.S. District Court Judge Sleet