

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

June 7, 2007

**Via Electronic Filing & Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

Re:  **Gorum v. Sessoms, et. al, Civil Action No. 06-565-GMS**

Dear Judge Sleet:

    I write on behalf of the parties to the referenced action with respect to the current scheduling order as well as a proposed protective order.

    Enclosed please find a Stipulated Amended Scheduling Order, executed by counsel for Plaintiff Wendell Gorum, Ph.D. ("Plaintiff") and Defendants Allen L. Sessoms, Ph.D. and Board of Trustees of Delaware State University (collectively, "Defendants"). The parties, through counsel, have stipulated to and request Your Honor's approval of the Amended Scheduling Order for the reasons discussed below.

    Plaintiff's Answers to Defendants' Interrogatories have given rise to the previously unanticipated need for medical expert witnesses. The proposed Amended Scheduling Order accommodates the time needed to locate and engage these witnesses. Also, Plaintiff's list of persons with knowledge relevant to these claims significantly increased in Plaintiff's Answers to Defendants' Interrogatories. Plaintiff has now listed in interrogatory and deposition over 50 witnesses. As a result, more time is needed to investigate the knowledge of these recent additions. Further, there are several scheduling conflicts with witnesses named in this matter, requiring additional time to accommodate depositions and other discovery related to these witnesses.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP

The Honorable Gregory M. Sleet
United States District Court
June 7, 2007
Page 2

      Finally, the parties, through counsel, hereby present a Stipulated Confidentiality Agreement and Protective Order. Due to a complication involving the Family Educational Rights and Privacy Act ("FERPA"), additional time has been needed to receive the Court's approval of this Order so that documents can be protected, then disseminated to plaintiff's counsel.

      For these reasons, the parties have agreed to and respectfully request Your Honor's approval of the enclosed Stipulated Amended Scheduling Order as well as the enclosed Stipulated Confidentiality Agreement and Protective Order. Counsel remain available at the Court's convenience to discuss this matter should Your Honor have any questions.

                              Respectfully submitted,

                              Michael R. Robinson
                              (Delaware Bar No. 4452)

cc:    Robert Duston, Esq.
        Michael J. Logullo, Esq.
        Gregory Zeff, Esq.