IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WENDELL GORUM, Ph.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-565-GMS |
| v. | ) | |
| | ) | |
| ALLEN L. SESSOMS, Ph.D., | ) | |
| And | ) | |
| | ) | |
| BOARD OF TRUSTEES OF | ) | |
| DELAWARE STATE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED**
**SCHEDULING ORDER**

WHEREAS, the Court entered a scheduling order on January 25, 2007 ("Scheduling Order") after conducting a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) setting forth the various deadlines in this action as proposed in the proposed order (D.I. 11); and

WHEREAS, plaintiff Wendell Gorum and defendants the Board of Trustees of Delaware State University and Allen L. Sessoms (collectively, the "Parties") although actively engaged in moving this action forward have found that the deadlines set forth in the Scheduling Order are unworkable due to (i) scheduling conflicts due in part to the anticipated summer break at Delaware State University, (ii) the enlargement in plaintiff's interrogatory responses of the list of persons with knowledge from 6 to over 50 persons,

548607.2 6/20/07

(iii) the newly-clarified damages allegation necessitating the need to hire expert witnesses, and (iv) the complications arising from the Family Educational Rights and Privacy Act's impact on the drafting a mutually agreeable protective order for the exchange of documents in this action; and

WHEREFORE, the Court having held a hearing on June 21, 2007 with respect to scheduling issues, and for good cause having been shown.

NOW THEREFORE IT IS HEREBY ORDERED this ___ day of June, 2007 that the current schedule in this Action, as set forth in the Scheduling Order, is amended as follows:

1. **Fact Discovery:** All fact discovery shall be completed by August 15, 2007.

2. **Expert Discovery:** Each party shall notify the other of the identity and qualification of any intended expert by July 30, 2007.

    (a) Initial expert reports shall be served by August 10, 2007

    (b) Responsive expert shall reports shall be served by August 30, 2007.

    (c) All expert discovery including depositions of experts shall be completed by September 30, 2007.

3. **Case Dispositive Motions:** All case dispositive motions shall be briefed according to the following schedule:

    (a) Opening brief and affidavits, if any, in support of the motion shall be filed and served on or before August 31, 2007.

    (b)    Any response thereto shall be filed and served on or before September 21, 2007,

    (c)    Movant's reply (if any) to be filed and served on or before October 1, 2007.

All other aspects of the Scheduling Order shall remain unchanged.

                                                                                             _____

                                                                              U.S. DISTRICT COURT JUDGE SLEET



Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

June 20, 2007

**Via CM/ECF Electronic Filing and**
**Via Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    **Gorum v. Sessoms, et. al, Civil Action No. 06-565-GMS**

Dear Judge Sleet:

    In anticipation of tomorrow's telephonic hearing regarding the scheduling order in this matter, I enclose a proposed amended scheduling order for Your Honor's consideration.

                          Respectfully submitted,

                          Michael R. Robinson
                          (DSBA No. 4452)

cc:    Gilbert Shelsby (w/encl. – Via CM/ECF Electronic Filing)
        Gregg L. Zeff (w/encl. – Via Electronic Mail)
        Michael J. Logullo (w/encl. – Via CM/ECF Electronic Filing)