IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 06-565-GMS |
| v. | ) |
| | ) |
| ALLEN L. SESSOMS, Ph.D., | ) |
| | ) |
| and | ) |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Kimberly Large, Esquire, formerly of Saul Ewing LLP, as attorney for Defendants Allen L. Sessoms, Ph.D. and Board of Trustees of Delaware State University; and

ENTER THE APPEARANCE of Kimberly L. Gattuso, Esquire and Michael R. Robinson, Esquire, of Saul Ewing LLP, as attorneys for Defendants.

| | |
|---|---|
| **MIKA MEYERS BECKETT & JONES** | **SAUL EWING LLP** |
| /s/ Kimberly M. Large | |
| Kimberly M. Large, Esquire (No. 4422) | Kimberly L. Gattuso, Esquire (No. 3733) |
| 900 Monroe Avenue NW | Michael R. Robinson, Esquire (No. 4452) |
| Grand Rapids, MI 49503 | 222 Delaware Avenue, Suite 1200 |
| 616-632-8000 | P.O. Box 1266 |
| | Wilmington, Delaware 19899 |
| | (302) 421-6800 phone |
| | (302) 421-5871 (facsimile) |
| | kgattuso@saul.com |
| | mrobinson@saul.com |
| DATED: July 19, 2007 | DATED: July 19, 2007 |

550136.1 7/19/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-565-GMS |
| ALLEN L. SESSOMS, Ph.D., | ) |
| and | ) |
| BOARD OF TRUSTEES OF DELAWARE STATE UNIVERSITY, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Kimberly L. Gattuso, Esquire, hereby certify that on July 17, 2007 I caused a true and correct copy of the foregoing **Notice of Substitution of Counsel** to be served electronically via CM/ECF system and first class, U.S. Mail, postage prepaid, upon the following:

Gilbert Shelsby (No. 2833)
Michael J. Logullo (No. 3851)
Shelsby & Leoni
221 Main Street
Stanton, DE 19804

Gregg L. Zeff (pro hac)
Michael Ksiazek
Frost & Zeff
Pier 5 at Penn's Landing
7 North Columbus Boulevard
Philadelphia, PA 19106

SAUL EWING LLP

/s/ Kimberly L. Gattuso
Kimberly L. Gattuso (No. 3733)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800 phone
(302) 421-5871 (facsimile)
kgattuso@saul.com

Dated: July 19, 2007

550136.1 7/19/07