IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-565-GMS |
| v. ) | |
| ) | |
| ALLEN L. SESSOMS, Ph.D., ) | |
| ) | |
| and ) | |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Allen L. Sessoms, Ph.D., and the Board of Trustees of Delaware State University, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 56, move for summary judgment on the grounds that the undisputed facts in this action conclusively prove as a matter of law that Plaintiff Wendell Gorum, Ph.D., does not have sufficient evidence to support his claims. Further grounds for Defendants' Motion for Summary Judgment are contained in their Opening Memorandum filed contemporaneously with this Motion.

**OF COUNSEL**

Robert L. Duston
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037-1922
(202) 333-8800
rduston@saul.com

DATED: August 31, 2007

**SAUL EWING LLP**

/s/ Michael R. Robinson
Kimberly L. Gattuso (No. 3733)
Michael R. Robinson (No. 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800
kgattuso@saul.com
mrobinson@saul.com
*Counsel for Defendants*

550989.8 8/31/07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLEN L. SESSOMS, Ph.D., )<br>)<br>and )<br>)<br>BOARD OF TRUSTEES OF )<br>DELAWARE STATE UNIVERSITY, )<br>)<br>Defendants. ) | Civil Action No. 06-565-GMS |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on August 31, 2007 I caused a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be served electronically via CM/ECF system and first class, U.S. Mail, postage prepaid, upon the following:

Gilbert Shelsby, Esq.
Michael J. Logullo, Esq.
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804

Gregg L. Zeff, Esq.
FROST & ZEFF
Pier 5 at Penn's Landing
7 North Columbus Boulevard
Philadelphia, PA 19106

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800
mrobinson@saul.com

550989.8 8/31/07