# Frost & Zeff
## Attorneys at Law

---

Pier 5 at Penns Landing • 7 North Columbus Boulevard • Philadelphia, PA 19106-1492
215/351-3333
Fax: 215/351-3332
www.frostzeff.com

Mark B. Frost
Gregg L. Zeff *

* Member PA and NJ Bar

September 17, 2007

NJ Law Office
430 Route 70 West
Cherry Hill, NJ 08002
856/429-1700
Fax: 856/429-4269

The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    RE:    **Wendell Gorum, Ph.D. v. Allen Sessoms, Ph.D.**
             **Civil Action No. 06-565**

Dear Chief Judge Sleet:

    I am writing to request a reasonable extension of time in which to respond to Defendant's Motion for Summary Judgment in the above-captioned matter. Currently, plaintiff's response is due on September 21, 2007. I am requesting herein that plaintiff's response be due on or before September 26, 2007.

    The reason for this request is that at the time the schedule was made, I neglected to consider that the Jewish holidays fell squarely in the middle of our time to respond to the instant motion. As a result, I have lost three valuable working days and a weekend that I would otherwise have been able to devote to this endeavor.

    I have consulted with opposing counsel who has no objection to this request. However, defense counsel does wish to preserve their five days from the date in which plaintiff files their response in which to prepare and file a reply brief if necessary.

                                          Respectfully submitted,

                                          GREGG L. ZEFF

GLZ/ads
  cc:    Robert Dunston, Esquire
           Michael J. Logullo, Esquire