IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-565-GMS |
| v. ) | |
| ) | |
| ALLEN L. SESSOMS, Ph.D., ) | |
| And ) | |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER**

And now this _____ day of September, 2007:

WHEREAS, the Scheduling Order in this action currently provides that Plaintiff's Opposition to Defendants' Motion for Summary Judgment must be filed by September 21, 2007, and that Defendants' Rely, if any, must be filed by October 1, 2007, and

WHEREAS, Plaintiff has applied for an additional three-business day extension of time to respond to Defendants' Motion for Summary Judgment based on the Jewish Holidays' reduction of Plaintiff's time to respond; and

WHEREAS, Defendants having no objection to said extension so long as they may have at least five business days to reply to Plaintiff's Opposition, which is less than was provided in the original Scheduling Order ,

551890.1 9/19/07

It is hereby STIPULATED and ORDERED that

(a) Plaintiff's response to Defendants' Motion for Summary Judgment shall be filed and served on or before September 26, 2007,

(b) Defendants' reply thereto to be filed and served on or before October 3, 2007.

| | |
|---|---|
| SHELSBY & LEONI | SAUL EWING LLP |
| /s/ Michael J. Logullo | /s/ Michael R. Robinson |
| Michael J. Logullo (No. 3851) | Michael R. Robinson (No. 4452) |
| 221 Main Street | 222 Delaware Avenue, Suite 1200 |
| Stanton, DE 19804 | P. O. Box 1266 |
| mlogullo@mslde.com | Wilmington, DE 19899-1266 |
| (302) 995-6210 | mrobinson@saul.com |
| | (302) 421-6895 |
| Counsel for Plaintiff | Counsel for Defendants |

_____
U.S. DISTRICT COURT JUDGE SLEET