

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Kimberly L. Gattuso
Phone: (302) 421-6868
Fax: (302) 421-5871
kgattuso@saul.com
www.saul.com

November 21, 2007

<u>VIA CM/ECF ELECTRONIC FILING
AND VIA HAND DELIVERY</u>

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Wendell Gorum v. Allen Sessoms, et al.
              Civil Action No. 06-565-GMS
              <u>Our File No.:  102951-00001</u>

Dear Chief Judge Sleet:

      As Your Honor is aware, on August 31, 2007, Defendants in the above-referenced action filed a Motion for Summary Judgment. At this stage, the Motion is fully briefed and awaiting disposition from the Court. The parties are also completing preparation of all portions of the proposed Pre-trial Order, which will be filed on November 26, 2007. Under this Court's standing form of Pre-trial Order, in a jury trial the parties are not required to submit Proposed Findings of Fact and Conclusions of Law. But, as Your Honor is aware, in a Section 1983 First Amendment retaliation case, there are a number of issues of law and mixed questions of fact and law for the Court. Most of these are addressed in the parties' Summary Judgment briefs.

      In the event that the Court denies all or part of Defendants' Motion for Summary Judgment, counsel for both parties agree that it would be useful to the Court to submit Proposed Findings of Fact and Conclusions of Law on those issues to be decided by the Court, but did not wish to prepare and submit additional documents unless the Court wishes them. If Your Honor agrees those would be helpful to the Court at or before trial, we are prepared to submit Proposed Findings of Fact and Conclusions of Law at the Court's earliest convenience.

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

553686.2 11/21/07    A DELAWARE LIMITED LIABILITY PARTNERSHIP

Counsel are available if Your Honor has any questions.

>Respectfully,
>
>/s/ Kimberly L. Gattuso
>
>Kimberly L. Gattuso
>(DE ID No. 3733)

KLG/

cc:   Robert L. Duston, Esq. (Via Electronic Mail)
      Michael R. Robinson, Esq.
      Michael J. Logullo, Esq. (Via Electronic Mail)
      Gregg L. Zeff, Esq. (Via Electronic Mail)

553686.2 11/21/07