IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WENDELL GORUM, Ph.D.,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| | : |
| E. | : NO.   06-565-GMS |
| | : |
| ALLEN L. SESSOMS, Ph.D. | : |
| | : JURY TRIAL DEMANDED |
| and | : |
| | : |
| BOARD OF TRUSTEES OF | : |
| DELAWARE STATE UNIVERSITY, | : |
| | : |
| Defendants. | : |

## PLAINTIFF'S PROPOSED FORM OF VERDICT

1. Do you find that Plaintiff Wendell Gorum has proven by a preponderance of the evidence that Dr. Allen L. Sessoms retaliated against him in violation of his First Amendment rights?

_____Yes               _____No

If your answer to Question No. 1 is "no," return to the courtroom. If your answer to Question No. 1 is "yes," answer the next question.

2. Do you find that Plaintiff Wendell Gorum has proven by a preponderance of the evidence that the retaliation by Dr. Allen L. Sessoms was a substantial factor in the DSU Board of Trustees' decision to terminate Plaintiff Wendell Gorum?

_____Yes               _____No

If your answer to Question No. 2 is "no," return to the courtroom. If your answer to Question No. 2 is "yes," answer the next question.

    3. Has Plaintiff Wendell Gorum proven by a preponderance of the evidence that he suffered damages as a result of Dr. Allen L. Sessoms' retaliatory conduct?

    _____Yes                                                      _____No

    If your answer to Question No. 3 is "no," return to the courtroom. If your answer to Question No. 3 is "yes," answer the next question

    4. What is the amount of compensatory damages that you award to Plaintiff Dr. Wendell Gorum?

| | |
|---|---|
| Lost Wages | $_____ |
| Future Wages | $_____ |
| Compensatory Damages (pain, suffering, humiliation, embarrassment, reputation, etc.) | $_____ |

    5.    a.    Do you find that Plaintiff Wendell Gorum has proven, by a preponderance of the evidence that when Defendant Allen L. Sessoms recommended the sanction of termination that he was either engaging in intentionally illegal or evil motive or intent, or was acting with reckless or callous indifference to Plaintiff Gorum's First Amendment rights?

            _____Yes                                          _____No

        b.    If your answer to Question 7(a) is "yes" then you are permitted but not required to award punitive damages against Allen L. Sessoms individually. What amount of punitive damages, if any, do you award to Plaintiff Wendell Gorum and against Defendant Allen L. Sessoms?

                $_____

_____
Jury Foreperson

|  |  |
|---|---|
| **OF COUNSEL** | Respectfully submitted, |
| Gregg L. Zeff, Esquire | |
| FROST & ZEFF | _s/ Michael J. Logullo_ |
| Pier 5 at Penn's Landing, 2nd Floor | Michael J. Logullo (DSBA No. 3851) |
| Philadelphia, PA 19106 | **SHELSBY AND LEONI** |
| (215) 351-3333 | 221 Main Street |
| gzeff@frostzeff.com | Stanton, DE 19804 |
| | (302) 995-6210 |
| | mlogullo@mslde.com |

DATED: November 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WENDELL GORUM, Ph.D.,** | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| E. | : NO. 06-565-GMS |
| ALLEN L. SESSOMS, Ph.D. | : |
| and | : JURY TRIAL DEMANDED |
| BOARD OF TRUSTEES OF DELAWARE STATE UNIVERSITY, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Michael J. Logullo, hereby certify that on November 26, 2007 I caused a true and correct copy of the foregoing **PLAINTIFF'S PROPOSED FORM OF VERDICT** to be served electronically via CM/ECF system upon the following:

Robert L. Duston, Esq.
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037-1922

Michael R. Robinson, Esq.
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266

/s/ Michael J. Logullo
Michael J. Logullo (DSBA No. 3851)
**SHELSBY AND LEONI**
221 Main Street
Stanton, DE 19804
mlogullo@mslde.com