IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLEN L. SESSOMS, Ph.D., )<br>)<br>and )<br>)<br>BOARD OF TRUSTEES OF )<br>DELAWARE STATE UNIVERSITY, )<br>)<br>Defendants. ) | Civil Action No. 06-565-GMS |

### [PROPOSED] JOINT VOIR DIRE

Plaintiff Wendell Gorum, Ph.D. and Defendants Allen L. Sessoms, Ph. D. and the Board of Trustees of Delaware State University jointly submit the following Proposed Voir Dire questions to be asked by the Court. The parties reserve the right to ask further questions after the Court's voir dire exam.

1. Is anyone currently or has anyone in the past been employed by DSU?

2. Has anyone been a student of DSU?

    a. If so, please identify the time period of attendance and if a degree was conferred.

3. Are you or anyone you know members of the Alpha Phi Alpha fraternity or any related organization (i.e., related sorority)?

4. Have you, or any member of your family, ever worked in a university, college or other academic setting? If so,

    a. Where did you/they work?
    b. What was your/their job?
    c. Why did you/they leave the job?

5. Is any member of your family in an academic/research profession of any kind?

    a. Where did you/they work?
    b. What was your/their job?
    c. Why did you they leave the job?

6. Does anyone believe that a state employee does not have a right to criticize their employer in matters of public concern?

7. Have you ever made a claim as a result of an adverse employment action, such as a termination?

8. Have you ever had training or worked in any of the following areas? If yes, please describe your experience and state when this experience occurred.

    a. Personnel, labor relations, human resources
    b. Law
    c. Management or supervision
    d. Mediation or arbitration of employment grievances or disputes

9. Have you or a family member or close friend ever been unfairly fired or demoted from a job?

    a. If so, describe the circumstances.

10. Have you had any prior jury duty? If so, what kind of case did you serve as a juror on?

11. Have you ever been involved as a plaintiff or a defendant in any lawsuit? If so, please describe.

12. Is there anything about a college professor filing suit against an academic institution that by itself gives you concern for any reason?

13. Is there anything about this case that would prevent you from giving it a fair hearing?

14. Do you have any prior knowledge of this case?

15. Have you heard or read anything about Wendell Gorum, Ph.D., Allen Sessoms, Ph.D., or the Board of Trustees of DSU?

    a. If so, describe what you have heard or read
    b. Have you formed an opinion on Dr. Gorum, Dr. Sessoms, or DSU based on what you have heard or read?
    c. Are you aware of anything that would interfere with your ability to impartially consider the evidence and issues in this case?

16. Do you know or have you ever dealt with members or employees of Shelsby & Leoni, Frost & Zeff or with Michael Logullo or Gregg Zeff?

17. Do you know or have you ever dealt with members or employees of Saul Ewing, LLP or with Robert L. Duston, Kimberly L. Gattuso, or Michael R. Robinson?

Respectfully submitted,

/s/ Michael J. Logullo
Gilbert Shelsby (DSBA No. 2833)
Michael J. Logullo (No. 3851)
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804
mlogullo@mslde.com
(302) 995-6210

-and-

Gregg L. Zeff
Frost & Zeff
Pier 5 at Penn's Landing
7 North Columbus Boulevard
Philadelphia, PA 19106

*Counsel for Plaintiff Wendell S. Gorum, Ph.D.*

/s/ Michael R. Robinson
Kimberly L. Gattuso (DSBA No. 3733)
Michael R. Robinson (DSBA No. 4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

-and-

Robert L. Duston
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC 20037-1922
(202) 333-8800
rduston@saul.com

*Counsel for Defendants Allen L. Sessoms, Ph.D. and the Board of Trustees of Delaware State University*

Dated: November 26, 2007