IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ALLEN L. SESSOMS, Ph.D., : <br> And : <br> : <br> BOARD OF TRUSTEES OF : <br> DELAWARE STATE UNIVERSITY, : <br> : <br> Defendants. : | Civil Action No. 06-565-GMS |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JACQUELYNE GORUM AS AN EXPERT

Plaintiff, Wendell Gorum, Ph.D., by and through his attorneys, Gregg Zeff, Frost & Zeff and Michael J. Logullo, Shelsby & Leoni, hereby responds to Defendant's Motion In Limine to exclude testimony of Jacquelyne Gorum as an expert and states as follows:

1. Defendants seek to exclude the testimony of Dr. Jacquelyne Gorum because she has not been qualified as an expert. However, Plaintiff has no intention of calling her as an expert witness. As a former faculty member at DSU and as Plaintiff's wife, she has extensive personal knowledge about various policies and practices at the University, other DSU faculty, Defendant Sessoms, and DSU events. Jacquelyne Gorum will testify to her knowledge of Plaintiff's reputation on campus, to her perception of faculty members' relationships with Defendant Sessoms, her extension of an invitation to Defendant Sessoms, and her lay opinion of her husband's emotional state. All of these subjects are within her personal knowledge and do not qualify as expert knowledge under FRE 701 -702.

2. Alternatively, Defendants claim that Dr. Jacquelyne Gorum's testimony should be

1

excluded insofar as it relates to Plaintiff's psychological damages because her background may cause the jury to give undue weight to her testimony. Defendants' concern is unfounded. Dr. Jacquelyne Gorum's background is in social work, and is currently a retired college administrator. She will testify to her personal observations of her husband's emotional state around the time of his termination. Any comments she may make about his mental condition are lay opinions only, and are not informed by any expert knowledge. Her social work background is irrelevant to her ability to observe and relate Dr. Gorum's emotional state. It will be clear to the jury that she is testifying from her personal knowledge and experience with her husband. It is highly unlikely, therefore, that the jury will give undue weight to her testimony. Dr. Jacquelyne Gorum's testimony should not be excluded.

**WHEREFORE,** Plaintiff, Wendell Gorum, Ph.D. respectfully requests the Court to deny Defendant's Motion In Limine to exclude testimony of Jacquelyne Gorum as an expert.

**SHELSBY & LEONI**

**OF COUNSEL**

Gregg L. Zeff, Esquire
Gzeff@frostzeff.com
Frost & Zeff
Pier 5 at Penn's Landing
2nd Floor
Philadelphia, PA  19106
(215) 351-3333
*Attorney for Plaintiff*

Dated: December 7, 2007

/s/ Michael J. Logullo
MICHAEL J. LOGULLO, ESQUIRE
Mlogullo@mslde.com
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-565-GMS |
| ALLEN L. SESSOMS, Ph.D., And | : |
| BOARD OF TRUSTEES OF DELAWARE STATE UNIVERSITY, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Michael J. Logullo, Esquire, hereby certify that on December 7, 2007, I caused a true and correct copy of the foregoing **Plaintiff's Response to Defendants' Motion in Limine to Exclude Testimony of Jacquelyne Gorum as Expert** to be served electronically via CM/ECF system and first class, U.S. Mail, postage prepaid, upon the following:

Robert L. Duston, Esquire
Saul Ewing, LLP
2600 Virginia Avenue, NW
The Watergate, Suite 1000
Washington, DC 20037
(202) 333-8800
rduston@saul.com

Kimberly L. Gattuso, Esquire
Michael R. Robinson, Esquire
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
(302) 421-6800
kgattuso@saul.com
mrobinson@saul.com

**SHELSBY & LEONI**

 /s/ Michael J. Logullo
MICHAEL J. LOGULLO, ESQUIRE
Mlogullo@mslde.com
221 Main Street
Stanton, DE 19804
(302) 995-6210
*Attorney for Plaintiff*