IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D.,        )<br>    Plaintiff,        )<br>  v.        )<br>ALLEN L. SESSOMS, Ph.D.,        )<br>    and        )<br>BOARD OF TRUSTEES OF        )<br>DELAWARE STATE UNIVERSITY,        )<br>    Defendants.        ) | Civil Action No. 06-565-GMS |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO
EXCLUDE TESTIMONY OF JACQUELYNE GORUM AS AN EXPERT**

Defendants filed this Motion in Limine (D.I. 51), because the key witness supporting Plaintiff's claim for emotional distress damages is his wife, Dr. Jacquelyn Gorum, who has a PhD in Social Work, substantial experience training counselors, and experience working as a psychotherapist. Defendants' motion does not seek to prevent Dr. Jacquelyn Gorum from testifying on matters on which she has personal knowledge. Plaintiff concedes that he does not intend to seek to qualify Dr. Jacquelyn Gorum as an expert. (D.I. 60). Thus, the only issue before the Court is whether the Court should permit Dr. Jacquelyn Gorum to give "her lay opinion regarding her husband's emotional state," as Plaintiff wishes to do. (D.I. 60, ¶ 1.)

Dr. Jacquelyn Gorum has previously testified that she believes her husband was clinically depressed. This is a classic example of the type of opinion that is inadmissible under Fed. R. Evid. 701, and must meet the requirements of Fed. R. Evid. 702. In their Motion, Defendants sought to distinguish Dr. Jacquelyn's observations regarding what she saw, or her recommendations to her husband (which we agree is relevant, admissible evidence) from her opinion as to his state of mind or anything that resembles a clinical diagnosis. For the reasons stated in their Motion, Defendants believe that a cautionary instruction, while the minimum necessary, will not cure the potential prejudice. There is a substantial risk that once the jury

hears her background, they will accord the same deference that they would to someone with a Ph.D. in Psychology, or any counselor in practice as a Licensed Clinical Social Worker. This is far different than if her training and degrees were in English or Mass Communications.

WHEREFORE, for the reasons stated above as well as in their Motion in Limine to Exclude Testimony of Jacquelyne Gorum as an Expert, Defendants respectfully request that this Court issue a cautionary instructions that Jacquelyne Gorum is not being offered as an expert, and to to preclude her from testifying as to her opinions on any medical or mental health issues, except to the extent that she is testifying to her first hand observations. .

| | |
|---|---|
| **OF COUNSEL** | **SAUL EWING LLP** |
| | /s/ Michael R. Robinson |
| | Kimberly L. Gattuso (No. 3733) |
| Robert L. Duston | Michael R. Robinson (No. 4452) |
| SAUL EWING LLP | 222 Delaware Avenue, Suite 1200 |
| 2600 Virginia Avenue, N.W. | P.O. Box 1266 |
| Suite 1000 | Wilmington, Delaware 19899-1266 |
| Washington, DC 20037-1922 | (302) 421-6800 |
| (202) 333-8800 | kgattuso@saul.com |
| rduston@saul.com | mrobinson@saul.com |
| | |
| Dated: December 12, 2007 | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., <br>     Plaintiff, <br> v. <br> ALLEN L. SESSOMS, Ph.D., <br>     and <br> BOARD OF TRUSTEES OF <br> DELAWARE STATE UNIVERSITY, <br>     Defendants. | Civil Action No. 06-565-GMS |

### CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on December 12, 2007 I caused a true and correct copy of the foregoing DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JACQUELYNE GORUM AS AN EXPERT to be served electronically via CM/ECF system and first class, U.S. Mail, postage prepaid, upon the following:

Gilbert Shelsby, Esq.
Michael J. Logullo, Esq.
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804

Gregg L. Zeff, Esq.
FROST & ZEFF
Pier 5 at Penn's Landing
7 North Columbus Boulevard
Philadelphia, PA 19106

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800
mrobinson@saul.com

554338.1 12/12/07