IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., ) | |
|     Plaintiff, ) | |
| v. ) | Civil Action No. 06-565-GMS |
| ALLEN L. SESSOMS, Ph.D., ) | |
|     and ) | |
| BOARD OF TRUSTEES OF ) | |
| DELAWARE STATE UNIVERSITY, ) | |
|     Defendants. ) | |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO
EXCLUDE EVIDENCE PRESENTED TO THE AD HOC COMMITTEE AND OTHER
EVIDENCE UNKNOWN TO PRESIDENT SESSOMS AT THE TIME HE
RECOMMENDED PLAINTIFF'S TERMINATION**

Defendants filed this Motion in Limine (D.I. 49) because this trial should focus on the allegations of retaliatory motive for alleged First Amendment activity, not repeat the contract defenses that Dr. Gorum raised before the Ad Hoc Dismissal Committee ("AHDC") to the underlying issue of whether there was adequate cause for termination under the Collective Bargaining Agreement. Plaintiff's Response (D.I. 59) contains a number of outright false statements concerning the communications between President Sessoms and the Board. Plaintiff's Response also tries to blur the line between whether Dr. Gorum will be allowed to introduce evidence to the jury repeating the defenses that he previously raised to, and which were rejected by, the AHDC; and whether he can introduce detailed testimony regarding alleged past practices that led the AHDC to support a mitigated sanction short of termination.

Plaintiff repeats several times, *without any citation to the record*, the false allegation that President Sessoms deliberately withheld the AHDC record from the Board of Trustees. (D.I. 59, ¶¶ 1,3). The Board was given the entire AHDC Report, including *all* of its findings and recommendations. (D.I. 39 at 8, citing C. Smith Dep. at 21-25). The prior month, the Board was given copies of both parties' briefs. (D.I. 39 at 8). The transmittal letter to the Board expressly

Plaintiff's other argument goes to the issue of the AHDC's recommendation for reduced sanctions. While referring to Dr. Gorum's own conduct as "poisonous fruit" and some past practices as a "poisonous tree," the AHDC still recommended lesser sanctions based upon alleged practices of prior administrations. The collective judgment of President Sessoms, Vice President Farley and every member of the Board was to not follow that recommendation of leniency, and impose the toughest penalty permitted by the CBA. This is not probative of pretext unless there is evidence that other Department Chairs who engaged in similar conduct under the current Administration, and known to President Sessoms, have been treated differently. President Sessoms and Vice President Farley will testify, without hesitation, that they did not care what prior administrations may have done to enforce the rules—when serious misconduct of this nature occurs under this Administration, the punishment should be termination. Plaintiff's argument is nothing more than an appeal to second guess a legitimate business decision. Further evidence of those past practices should be excluded as irrelevant under Fed. R. Evid. 403, and outweighed by the risk of confusion and undue prejudice under Fed. R. Evid. 404.

WHEREFORE, for the reasons stated above as well as in their Motion in Limine to Exclude Evidence Presented to the Ad Hoc Committee, Defendants respectfully request that this Court exclude any evidence of any alleged facts bearing on the recommendation that Dr. Gorum be terminated that were not known to President Sessoms at the time the recommendation was made.

| | |
|---|---|
| **OF COUNSEL** | /s/ Michael R. Robinson |
| Robert L. Duston | Kimberly L. Gattuso (No. 3733) |
| SAUL EWING LLP | Michael R. Robinson (No. 4452) |
| 2600 Virginia Avenue, N.W. | **SAUL EWING LLP** |
| Suite 1000 | 222 Delaware Avenue, Suite 1200 |
| Washington, DC 20037-1922 | Wilmington, Delaware 19899-1266 |
| (202) 333-8800 | (302) 421-6800 |
| rduston@saul.com | kgattuso@saul.com |
| | mrobinson@saul.com |
| Dated: December 12, 2007 | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., )<br>    Plaintiff, )<br>v. )<br>ALLEN L. SESSOMS, Ph.D., )<br>    and )<br>BOARD OF TRUSTEES OF )<br>DELAWARE STATE UNIVERSITY, )<br>    Defendants. ) | Civil Action No. 06-565-GMS |

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on December 12, 2007 I caused a true and correct copy of the foregoing DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE EVIDENCE PRESENTED TO THE AD HOC COMMITTEE AND OTHER EVIDENCE UNKNOWN TO PRESIDENT SESSOMS AT THE TIME HE RECOMMENDED PLAINTIFF'S TERMINATION to be served electronically via CM/ECF system and first class, U.S. Mail, postage prepaid, upon the following:

Gilbert Shelsby, Esq.
Michael J. Logullo, Esq.
SHELSBY & LEONI
221 Main Street
Stanton, DE 19804

Gregg L. Zeff, Esq.
FROST & ZEFF
Pier 5 at Penn's Landing
7 North Columbus Boulevard
Philadelphia, PA 19106

/s/ Michael R. Robinson
Michael R. Robinson (#4452)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800
mrobinson@saul.com