IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> ALLEN L. SESSOMS, Ph.D. <br><br> and <br><br> BOARD OF TRUSTEES OF DELAWARE STATE UNIVERSITY, <br><br> Defendants. | CIVIL ACTION <br><br> NO.  06-565-GMS <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Dr. Wendell Gorum, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order granting Summary Judgment in favor of all Defendants in this matter entered on February 12, 2008.

Respectfully submitted,

| FROST & ZEFF | SHELSBY & LEONI |
|---|---|
| /s/ Gregg L. Zeff <br> GREGG L. ZEFF, ESQUIRE <br> Pier 5 at Penn's Landing <br> 7 N. Columbus Boulevard <br> Philadelphia, PA 19106 <br> 215-351-3333 <br> gzeff@frostzeff.com | /s/ Michael J. Logullo <br> MICHAEL J. LOGULLO, ESQUIRE <br> 221 Main Street <br> Stanton, DE 19804 <br> 302-995-6210 <br> mlogullo@mslde.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WENDELL GORUM, Ph.D., | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO.   06-565-GMS |
| v. | : |
| ALLEN L. SESSOMS, Ph.D. | : |
| | : JURY TRIAL DEMANDED |
| and | : |
| BOARD OF TRUSTEES OF DELAWARE STATE UNIVERSITY, | : |
| Defendants. | : PLAINTIFF'S CERTIFICATE OF SERVICE |

I hereby certify that on the 5th day of March, 2008, Plaintiff's Notice of Appeal was forwarded to the below-listed counsel via Electronic Filing:

Kimberly M. Large, Esquire
Kimberly L. Gattuso, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Robert L. Duston
Saul Ewing LLP
2600 Virginia Avenue, NW
The Watergate - Suite 1000
Washington, DC 20037

| | |
|---|---|
| **FROST & ZEFF** | **SHELSBY & LEONI** |
| /s/ Gregg L. Zeff | /s/ Michael J. Logullo |
| GREGG L. ZEFF, ESQUIRE | MICHAEL J. LOGULLO, ESQUIRE |
| Pier 5 at Penn's Landing | 221 Main Street |
| 7 N. Columbus Boulevard | Stanton, DE 19804 |
| Philadelphia, PA 19106 | 302-995-6210 |
| 215-351-3333 | mlogullo@mslde.com |
| gzeff@frostzeff.com | |